United States District Court
Middle District of Florida, Jacksonville Division

TREY U RAY WALDRON
389 N.W QUINTEN ST
LAKE CITY FLORIDA, 32055

PLAINTIFF

3:23CV332-TJC-MCR

-V-

Columbia County Jail Medical Department
NURSE, MRS MCCullan — UNDER Color of COUNTY
DOCTOR, DEIEON — UNDER Color of COUNTY
OFFICER, WARD, Columbia County Jail SHERIFF — UNDER Color of COUNTY
SHERIFF, Mark Hunter — UNDE Color of COUNTY
ET, al

389 N.W QUINTEN ST.
LAKE CITY FLORIDA 32055

42 U.S.C. § 1983

Here now comes plaintiff in the form of Pro'se Also in the form of Pauper. Plaintiff prays the honorable court will grant this motion.

Plaintiff TREY U. WALDRON A inmate in the Columbia County Jail Housed in the Columbia County Jail Unit G-3.

Plaintiff, is in the form of pauper. Plaintiff has little or no means. Plaintiffs Family and Friends are the sole providers of any means the Plaintiff has.

Plaintiff prays the honorable court will waive all Filing Fees, Court Cost, any expenses that may occure. In this cause.

Plaintiff Also prays the Court will Allow a Conusul to be Assigned to Represent His cause.

Plaintiff understands it is His responceability to notify the Clerk of Court of any change in adress, and Failure to do so may dismiss His case.

STATEMENT OF FACTS

TREY U. WALDRON WROTE

ON OR ABOUT FEB 23, 2023 PLAINTIFF A MEDICAL REQUEST, MEDICAL DEPARTMENT COLUMBIA COUNTY JAIL. FOR A POSSIBLE S.T.D.

AFTER 9:00 AM FEB 23, 2023 A DEPUTY FROM C.C.S.O. REMOVED PLAINTIFF FROM DORM G-3. PLAINTIFF WAS PLACED IN CUFFS, THEN ESCORTED TO A STAFF RESTROOM WITH NURSE McCullan

INMATE/PLAINTIFF, THOUGHT HE WAS BEING ESCORTED TO DOCTORS OFFICE FOR A MEDICAL EXAM BY THE DOCTOR

EXPLAINING TO DEPUTY, HE FELT VERY UNCOMFORTABLE, KNOWING SOMETHING WAS NOT CORRECT, WITH A MEDICAL EXAM IN A STAFF RESTROOM.

DEPUTY WARD TOLD PAINTIFF TO REMOVE HIS JUMPER, EXPOSEING HIS PENIS AND SCROTUM.

THE NURSE LOOK AT PLAINTIFFS PENIS, THEN MADE A MEDICAL DIANOSES IT WAS HERPES. NURSE McCULLAN IS NOT A MEDICAL DOCTOR, SHE IS NOT QUALIFIED TO MAKE A DIANOSES, SHE IS NOT A MEDICAL DOCTOR.

DUREING THE EXAM FROM NURSE McCULLAN. DEPUTY WARD MADE SEVERAL SEXAUL REMARKS. INSULTING PLAINTIFF, HUMILIATEING PLAINTIFF INFRONT OF NURSE McCULLAN.

BOTH DEPUTY WARD, NURSE McCULLAN WERE LAUGHING AT PLAINTIFF AS IF HE WAS THE BLUNT END OF JOKE.

THE REMARKS MADE BY DEPUTY WARD
(1) WHEN YOU WERE BORN, THE DOCTOR SMACKED YOUR LITTLE ASS, THEY SEEN YOU NAKED THEN, DIDN'T THEY?
(2) THERE IS NO REASON TO BE SHY NOW, I HAVE THE SAME THING AS YOU, MINE IS BIGGER, THEN SAID "I WONT LOOK ANYWAYS"
(3) HURRY UP HE SAID, PULL IT OUT, GET IT OVER WITH, SO WE CAN GET BACK TO MORE SERIOUS WORK

## STATEMENT OF FACTS

(4) "THAT IS FROM JACKING Your DICK" OFFICER WARD STATED

ON FEB 23, 2023    A PREA ACT DID OCCURE, DEPUTY WARD DID SEXAULY ASSUAIT PLAINTIFF, IN A STAFF RESTROOM, WITH NURSE McCallan AS A WITNESS

ON 3-2-2023  PLAINTIFF FILED A COMPLAINT ON OFFICER WARDS CONDUCT.   THAT A PREA ACT VIOLATION HAD OCCURED

ON 3-3-2023    DEPUTY D. JAMES C.C.S.O  TOOK A STATEMENT OF THE ASSAUT

ON 3-4-2023  A UNKNOW DEPUTY, WHO WOULD NOT GIVE HIS NAME TOOK A FACTUAL STATEMENT FROM PLAINTIFF

AFTER A SMALL INVESTGATION    STAFF AND ADMINASTATION FROM THE JAIL,  SWEEP THE SEXAUI ASSUIT UNDER THE RUG.

3-4-2023    DEPUTY WARD WAS NEVER DISAPLED FOR HIS ACTIONS HE IS STILL THE DEPUTY IN CHARGE OF UNIT G-3 C.C. JAIL

### STATEMENT OF FACTS ON NURSE McCALLAN

AFTER SEEING DOCTOR DELEON, THE MEDICAL DOCTOR FOR C.C.S.O JAIL.    THE DIANOSES WAS A FORM OF CLAMITY A S.T.D

NURSE FILLED A PRESCRIPTION TO BAYA PHARMACY FOR S.T.D HERPES WRONG MEDICINE, WRONG DIANOSES BY A UNQUALIFIED NURSE

PLAINTIFF WAS THEN BILLED FOR THE DIANOSES NURSE McCALLAN MADE HE WAS ALSO BILLED FOR THE MEDICATION, THAT WAS WRONG. HE WAS THEN BILLED FOR THE CORRECT MEDS.

### REMEDY OF CURE    (RELIEF)

(1) All STAFF FROM COLUMBIA COUNTY SHERIFFS (JAIL STAFF) ALSO THE NURSE WHO DIANOSED A S.T.D.  Should HAVE A INDEFINITE SUSPENSION   FROM THERE ASSIGNED PLACE OF EMPLOYMENT

(2) NURSE McCULLAN, FOR DIANGSES OF HERPES, FOR PRESCRIBING MEDICINE WITH OUT A LICENSES TO DO IT, AFTER A URINE TEST WAS GIVEN POSITIVE FOR CLAMITY. FOR ADMINISTERING WRONG MEDICE, FOR DAMAGES FIFTY THOUSAND Dollars $50,000.00 Dollars

(3) MEDICAL PROVIDER FOR EMPLOYEEING NURSE MCCULLAN. A UNLICENSED CARE GIVER IN THE AMOUT OF $50,000.00 Dollars

(3) Columbia COUNTY JAIL FOR HIREING THE MEDICAL PROVIDER ALSO FOR ALLOWING A UNLICENSE NURSEING ASSISTANT TO DIANOSE A INMATE, IN A STAFF RESTROOM. IN THE AMOUNT OF $50,000.00

(4) DEPUTY WARD A Columbia COUNTY SHERIFFS DEPUTY (COUNTY JAIL) FOR A ACT OF (P.R.E.A) SEXAUL ASSUALT, HUMILIAITING PLAINTIFF, DEGRADEING PLAINTIFF, THE AMOUNT OF $50,000.00

(5) Columbia COUNTY JAIL, All Parties INVOLVED IN THE COVER UP OF THE P.R.E.A.

(1) LT, MAY
(2) LT, DANIELS
(3) DEPUTY JAMES
(4) SGT STINCIL
(5)    ET, AL

IN THE AMOUNT OF $100,000 Dollars


TOTAl AMOUNT OF 250,000.00 Dollars


PUNITIVE DAMAGES,

THANK YOU FOR THE Honorable COURTS Time